IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK A. CRONIN, | : | CIVIL ACTION |
| individually and on behalf | : | |
| of those similarly situated | : | |
| | : | |
| v. | : | |
| | : | |
| CITIFINANCIAL SERVICES, INC., | : | |
| et al. | : | NO. 08-1523 |

## ORDER

AND NOW, this 15th day of April, 2009, upon consideration of the defendant CitiFinancial Services, Inc.'s motion to confirm its arbitration award (Docket No. 16), the plaintiff's opposition and the defendant's reply thereto, and for the reasons stated in the memorandum issued on April 15, 2009, IT IS HEREBY ORDERED that the defendant's motion is GRANTED.  It is further ORDERED that the plaintiff's claims against the defendant CitiFinancial Services, Inc. are DISMISSED WITH PREJUDICE.  It is further ORDERED that judgment is ENTERED in favor of the defendant CitiFinancial Services, Inc. and against the plaintiff on CitiFinancial Services, Inc.'s breach of contract counterclaim in the amount of $9,668.67.  The Clerk of Court shall mark this case as closed.

BY THE COURT:

/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.